Jamie M. Evans, OSB 117064  
Evans & Evans PC  
222 NE Park Plaza Drive, Suite 113  
Vancouver, WA 98684  
Phone: 503-200-2723; Fax: 360-828-8724  
Jamie@evans-evans.com

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

CLARA V. RYLES,

    Plaintiff,

vs.

COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,

    Defendant.

Case No. 3:18-cv-00963-JR

ORDER FOR ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT

It is hereby ORDERED that attorney fees in the amount of $9,515.52 shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

The parties agree that attorney fees in the amount of $9,515.52 will be paid to Plaintiff's attorney, subject to verification that Plaintiff does not have a debt which qualifies for offset against the awarded fees, pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff*, 560 U.S. 586 (2010).

If Plaintiff has no such debt, then the check shall be made out to Plaintiff's attorney, Jamie Evans: 222 NE Park Plaza Drive, Suite 113, Vancouver, WA 98684. If Plaintiff has a

EXHIBIT C (PROPOSED ORDER)—PLAINTIFF'S UNOPPOSED APPLICATION FOR ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT - 1

JAMIE EVANS  
Evans & Evans, PC  
610 SW Broadway, Suite 405  
Portland, OR 97205  
Ph. 503-200-2723/F.503-200-2701

debt, then the check for any remaining funds after offset of the debt shall be made out to Plaintiff and mailed to Plaintiff's attorney's office at the address stated above.

IT IS SO ORDERED.

DATED this 17 day of July, 2019.

_Jolie A. Russo_
JOLIE A. RUSSO
United States Magistrate Judge

Proposed Order Submitted: June 28, 2019

/s/ Jamie M. Evans
Jamie M. Evans, OSB # 117064
Attorney for Plaintiff
Evans & Evans, PC
Ph.: 503-200-2723
Fax: 360-828-8724
Jamie@evans-evans.com

EXHIBIT C (PROPOSED ORDER)—PLAINTIFF'S UNOPPOSED
APPLICATION FOR ATTORNEY FEES UNDER
THE EQUAL ACCESS TO JUSTICE ACT - 2

JAMIE EVANS
Evans & Evans, PC
610 SW Broadway, Suite 405
Portland, OR 97205
Ph. 503-200-2723/F.503-200-2701